FILED
 2008 Aug-21  AM 08:52
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN ANTHONY STILES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.  CV 07-S-1373-NE |
| | ) |
| **INTERNATIONAL BUSINESS** | ) |
| **MACHINES CORPORATION,** | ) |
| **GEORGE CRUZ AND RUSSELL** | ) |
| **HOLDEN,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

On July 7, 2008, the magistrate judge filed his findings and recommendation. No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the court ACCEPTS the recommendation, and ADOPTS the findings the magistrate judge.  Accordingly, it is ORDERED, ADJUDGED, and DECREED that the motion to dismiss (doc. no. 3) filed by defendant George Cruz is GRANTED.  The motion for substitution of the United States of America as the party defendant (doc. no. 2) is GRANTED.  The motion for

summary judgment filed by the United States is MOOT. This action is hereby DISMISSED with prejudice. The clerk is directed to close this file.

**DONE** this 21st day of August, 2008.

```
                                    /s/ Lynwood Smith
                                    _____
                                    United States District Judge
```